■ In the Matter of JOSEPH T. WONG (Admitted as JOSEPH THOMAS WONG), a Suspended Attorney. [697 NYS2d 515] —Mo-

tion for reinstatement granted, and petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Sullivan, J. P., Rosenberger, Williams, Mazzarelli and Wallach, JJ.